IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YOLANDA M. CARRILLO,

    Plaintiff,

v.                                                                       Case No. 1:21-cv-00232-SMV

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

## STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Third Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 21). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until January 12, 2022, to file her Motion to Reverse or Remand, Defendant shall have until March 9, 2022, to file a Response, and Plaintiff shall have until April 6, 2022, to file a Reply.

                                                                 _____
                                                                 STEPHAN M. VIDMAR
                                                                 UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

/s/Benjamin Decker
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
Attorneys for Plaintiff Yolanda M. Carrillo


APPROVED BY:

/s/ 12/13/2021

_____
Marc Thayne Warner
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
P (303) 844-7237
thayne.warner@ssa.gov
Attorneys for Defendant