IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**YOLANDA M. CARRILLO,**
        **Plaintiff,**

       **vs.**                               **CIV NO. 1:21-00232-SMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
        **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 24) to file a response to Plaintiff's Memorandum in Support of its Motion to Reverse (Doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 8, 2022, to file a response, and Plaintiff shall have until April 22, 2022, to file a reply.

    SIGNED March 7, 2022.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 03/04/2022*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 03/04/2022*
BENJAMIN E. DECKER
Attorney for Plaintiff